# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32387**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Brianna N. ORTIZ**
Airman Basic (E-1), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 1 March 2017

————————————

*Military Judge:* Vance H. Spath (sitting alone).

*Approved sentence:* Bad-conduct discharge, confinement for 180 days, and forfeiture of $1,044.00 pay per month for 6 months. Sentence adjudged 18 February 2016 by SpCM convened at Vandenberg Air Force Base, California.

*For Appellant:* Captain Patrick A. Clary, USAF.

*For Appellee:* Major Jeremy D. Gehman, USAF; Major Meredith L. Steer, USAF; and Gerald R. Bruce, Esquire.

Before J. BROWN, MINK, and CARRILLO, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c).

Accordingly, the approved findings and sentence are **AFFIRMED**.


FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court